# BERLINGIERI LAW, PLLC

244 Fifth Avenue, Suite F276
New York, New York 10001
Tel. (347) 766-5185
Fax (914) 730-1044
cjb@nyctlaw.com

May 29, 2024

<u>Via ECF</u>
United States Court of Appeals for the Second Circuit,
Thurgood Marshall U.S. Courthouse,
40 Foley Square, New York, New York

Re: 24-1220 <u>Vasquez v. City of Yonkers et al</u>
<u>Scheduling Notification</u>

To Whom it May Concern:

    This firm represents Appellant Gisselle Vasquez. Pursuant to CA 2 L.R. 31.2, we write to inform the Court of the Scheduling Notification. The Appellant filed her Form D on May 14, 2024. Therefore, the Appellant Brief is due August 13, 2024.

        Very truly yours,

        *Christopher J. Berlingieri*
        Christopher J. Berlingieri, Esq.

cc: *Via ECF*
All Counsel of Record