

ABRAMS | FENSTERMAN, LLP

ATTORNEYS AT LAW

**White Plains**
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | **P**

Long Island · Brooklyn · **White Plains** · Rochester · Albany

Joanna M. Topping
Partner
jtopping@abramslaw.com
914-607-7010

August 19, 2024

VIA ECF

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
Email: civilcases@ca2.uscourts.gov

Re:   *Giselle Vasquez v. Yonkers Public School District, et.al.*
      *Docket No. 24-1220*

Dear Ms. O'Hagan Wolfe:

    We represent the Appellees in the above referenced matter.  The Appellant, Giselle Vasquez,
filed her brief on August 13, 2024.   Pursuant to Local Rule 31.2(a)(1)(B) we request a deadline of
November 12, 2024 for the filing of the Appellees' brief.

Respectfully submitted,

Joanna M. Topping